

**FILED**

JUL 22 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>        Plaintiffs,          )<br>                              )<br>    vs.                       )<br>                              )<br>RASHAWN MALIK BIAS,           )<br>                              )<br>        Defendant.            )<br>_____) | No. 1:08-CR-00113 LJO<br><br>ORDER OF RELEASE |

   The above named defendant was sentenced on July 22, 2011 to modified, continued supervised release.

   IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: July 22, 2011            _____
                                LAWRENCE J. O'NEILL
                                U.S. District Judge

1